UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:26-cv- 60785-WPD

CHRIS LINSELL, individually and on behalf
of all others similarly situated,

     Plaintiffs,

v.

KAPLAN NORTH AMERICA, LLC,

     Defendant.

_____

**ORDER DENYING MOTION WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon Plaintiffs' Motion to Consolidate Actions, Appoint Interim Class Counsel, and set Deadline For Filing of Consolidated Complaint (the "Motion") [DE 6]. The Court has reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJDUGED** as follows:

1. The Motion [DE 6] is **DENIED** without prejudice to renew after having conferred with Defendant's counsel[1] and Plaintiffs' counsel in the remaining actions.

_____

[1] Defendant has not yet appeared with counsel in the record, although Defendant was served with process on March 19, 2026. [DE 7].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 31st day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: Counsel of record